PD-1274-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/16/2015 3:38:35 PM
Accepted 2/17/2015 7:53:25 AM
ABEL ACOSTA
CLERK

## NO. PD-1274-14
# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

**BOBBY JOE PEYRONEL**
Appellant

Trial Court Cause Number
1254877

V.

Court of Appeals Number
01-13-00198-CR

**THE STATE OF TEXAS**
Appellee

### MOTION FOR EXTENSION OF TIME TO FILE
### REPLY BRIEF ON THE MERITS
### TO STATE'S PETITION FOR DISCRETIONARY REVIEW

COMES NOW, Bobby Joe Peyronel, Appellant, and moves that he be granted a thirty (30) day extension of time to file his Reply Brief on the Merits to the State's Petition for Discretionary Review in the above-styled and numbered cause number, until and including March 18, 2015, and further shows as follows:

This appeal lies from Appellant's conviction in *The State of Texas v. Bobby Joe Peyronel* Cause Number 1254877 in the 174th District Court of Harris County, Texas. Appellant was charged by indictment with aggravated sexual assault of a child. On February 26, 2013, Mr. Peyronel was convicted in a jury trial and the trial court assessed his punishment at fifty (50) years confinement in the Texas Department of

Criminal Justice – Institutional Division and a $10,000 fine. The First Court of Appeals affirmed Mr. Peyronel's conviction but issued a published opinion reversing the judgment on punishment on August 21, 2014, holding that the trial court violated Mr. Peyronel's right to a public trial by excluding his supporters from the courtroom during the punishment phase. *Peyronel v. State*, No. 01–13–00198–CR, 2014 WL 4109589 (Tex. App.–Houston [1st Dist.] Aug. 21, 2014, pet. filed).

This Court granted the State's Petition for Discretionary Review on one issue, specifically addressing whether or not Mr. Peyronel's issue had been properly preserved for appeal. The State filed its brief on the merits on January 15, 2015. The deadline for filing Appellant's Reply Brief on the Merits is February 16, 2015. No previous extensions have been requested. A request is hereby made for an extension of time to file Appellant's Reply Brief on the Merits until and including March 18, 2015.

Counsel preparing Appellant's Reply Brief on the Merits in this cause has been working on the following items:

1. Counsel was assisting with a sentencing hearing in felony cause number 1403060 which occurred on January 21, 2015.

2. Counsel was assisting with felony cause number 1387915 which was set for a jury trial on January 26, 2015.

3. Counsel was assisting with felony cause number 1416225 which was set for a jury trial on February 2, 2015.

4.  Counsel was assisting with felony cause numbers 1374929 and 1374930 which were set for a sentencing hearing on February 9, 2015.

5.  Counsel was assisting with felony cause number 1421514 which was set for a jury trial on February 9, 2015.

6.  Counsel was assisting with felony cause number 1374214 which was set for a jury trial on February 9, 2015.

7.  Counsel was assisting with felony cause number 1422496 which was set for a jury trial on February 16, 2015.

8.  Counsel was assisting with felony cause number 1410698 which was set for a jury trial on February 16, 2015.

9.  Additionally, counsel has been out of the office for a total of six days in the past three weeks with a sick child and also had an unexpected computer issue that caused much of her brief to be lost.

WHEREFORE, PREMISES CONSIDERED, Appellant moves that the Court extend the deadline for filing his Reply Brief to the State's Petition for Discretionary Review in this case until and including March 18, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

**/s/** Frances Bourliot
Frances Bourliot
State Bar No. 24062419
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Frances.bourliot@pdo.hctx.net
Tel: 713-274-6714
e-Fax: 713-437-4317

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by electronic service to the following parties on this the 16th day of February, 2015:

Harris County District Attorney's Office    State Prosecuting Attorney
Appellate Division    P.O. Box 12405
1201 Franklin, Suite 600    Austin, Texas 78711
Houston, Texas 77002

/s/ Frances Bourliot
Frances Bourliot

## Certificate of Compliance

Pursuant to proposed Rule 9.4(i)(3), undersigned counsel certifies that this brief complies with the type-volume limitations of *Tex. R. App. Proc. 9.4(e)(i)*.

1.    This motion contains 818 words printed in a proportionally spaced typeface.

2.    This motion is printed in a proportionally spaced, serif typeface using Garamond 14 point font in text and Garamond 13 point font in footnotes produced by Microsoft Word software.

3.    Upon request, undersigned counsel will provide an electronic version of this motion and/or a copy of the word printout to the Court.

4.    Undersigned counsel understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in *Tex. R. App. Proc. 9.4(j)*, may result in the Court's striking this motion and imposing sanctions against the person who signed it.

/s/ Frances Bourliot
Frances Bourliot